VIRGINIA I. DU BOIS, as Executrix of JOSEPH E. DU BOIS, Deceased, Appellant, *v.* DU BOIS PLASTIC PRODUCTS, INC., Respondent.

Argued November 18, 1947; decided January 15, 1948.

*Walter C. Newcomb* for appellant.
*Selby G. Smith* and *Archibald M. Laidlaw* for respondent.

Judgment of the Appellate Division reversed and that of the Special Term affirmed, with costs in this court and in the Appellate Division. Upon evidence as to which there is no conflict we agree to the construction put upon the contract in question by the Special Term. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.